# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 16, 2024

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Granted.*

*Denise Cote*

*7/17/24*

      **Re:**   **United States v. Michael Forson**
             **22 Cr. 688 (DLC)**

Dear Judge Cote:

     I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Michael Forson's passport to him or to a representative from my office. Mr. Forson's passport was surrendered to Pretrial Services during the pendency of his criminal case. On April 6, 2023, Mr. Forson received a sentence of 12 months and 1 day imprisonment with 3 year of supervised release. Pretrial Services has informed my office that they can only release Mr. Forson's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

                         Respectfully submitted,

                         /s/ Amy Gallicchio
                         Amy Gallicchio, Esq.
                         Assistant Federal Defender
                         Tel.: (212) 417- 8728